

*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★  ★ ★ ★

## MEMORANDUM OPINION

No. 04-12-00588-CV

### IN RE KILLAM RANCH PROPERTIES, LTD.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Phylis J. Speedlin, Justice
                Rebecca Simmons, Justice

Delivered and Filed:  October 3, 2012

PETITION FOR WRIT OF INJUNCTION DENIED

On September 12, 2012, relator filed a petition for writ of injunction.  On September 13, 2012, this court requested a response from the respondent and real parties in interest and granted relator's request for interim relief.  We have determined that relator is not entitled to the relief sought.  Therefore, the petition for writ of injunction is DENIED.  TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2007-CVQ-1680-D3, styled *Killam Ranch Properties, LTD. v. Webb County, Texas*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Michael P. Peden presiding.